# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| ARCADIAN HEALTH PLAN, INC., ) | |
| ) | |
| Plaintiff ) | |
| v. ) | Civil No. 10-322-P-S |
| ) | |
| MILA KORFMAN, et al., ) | |
| ) | |
| Defendants ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 32) filed December 14, 2010, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's Motion for Preliminary Injunction (Docket No. 4) is **GRANTED** and Defendant Maine Bureau of Insurance's Motions to Dismiss (Docket Nos. 11 and 20) are **DENIED** as to the Superintendent and **GRANTED** as to the Bureau. The Plaintiff shall not be required to post a bond as a condition of the issuance of the preliminary injunction. The Plaintiff has a high likelihood of success on the merits, and I see no reasonable likelihood of monetary loss to the Defendant. SO ORDERED.

                                                           /s/ George Z. Singal
                                                           United States District Judge

Dated this 4th day of January, 2011.